**RICHARDSON v. STATE.**

No. 26724.

Court of Criminal Appeals of Texas.

Jan. 6, 1954.

No attorney on appeal.

James Pearson, County Atty., Sweetwater, Wesley Dice, State's Atty., Austin, for the State.

GRAVES, Presiding Judge.

Appellant entered a plea of guilty to the complaint and information charging him in three counts with violations of the liquor law in Nolan County, and his punishment was assessed at a fine of $600 and confinement in the county jail for six months.

The record is before this court without a statement of facts or bills of exception. All matters of procedure appear regular.

The judgment of the trial court is affirmed.